No. 90–7276.  ORR v. JONES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–7279.  DAVIS v. BEARD, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–7287.  VASSER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–7288.  PARKER v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 90–7289.  PETERS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 90–7298.  GUNDICK v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 90–7299.  GAGE v. HAWKINS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–7303.  HERRERA v. KERBY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 90–7306.  BURNS v. BURNS ET AL.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–7310.  CLEMMONS v. MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 90–7312.  ARMOUR v. PRYOR ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–7319.  STEPHENS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–7320.  WATKINS v. WEISS.  C. A. 4th Cir.  Certiorari denied.

No. 90–7321.  FELL v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–7322.  D'AMARIO v. NEW ENGLAND PROGRAMMING, INC., ET AL.  C. A. 1st Cir.  Certiorari denied.